USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: APR 01 2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
SECURITIES AND EXCHANGE COMMISSION, :
:
Plaintiff, :
: ORDER
-against- :
: 20 Civ. 6865 (GBD)
SEPEHR SARSHAR, :
:
Defendant. :
:
------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

The initial conference scheduled for April 7, 2021 is adjourned to June 2, 2021 at 1:00 p.m.

Dated: New York, New York
April 1, 2021

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
United States District Judge