UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

      -against-

SEPEHER SARSHAR,

                Defendant.

------------------------------------------------------------x

ORDER

20 Civ. 6865 (GBD)

GEORGE B. DANIELS, United States District Judge:

For the reasons stated on the record during today's initial conference, the Government's motion to stay this action, (ECF No. 29), is GRANTED. The stay shall be effective through December 1, 2021. A status conference is set for December 1, 2021 at 11:00 am. The parties shall submit a status report in advance of the scheduled conference.

The Clerk of Court is directed to close the motion at ECF No. 29 accordingly.

Dated: New York, New York
       June 2, 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge