UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE
COMMISSION,

                *Plaintiff*,

v.

SEPEHR SARSHAR,

                *Defendant.*

No. 20-cv-06865 (GBD)



## ORDER GRANTING WITHDRAW AS COUNSEL

Upon the Notice by Counsel for defendant Sepehr Sarshar and the accompanying Declaration of Avi Weitzman,

IT IS HEREBY ORDERED that the noticed request to withdraw Joseph Posimato as counsel for Sepehr Sarshar is granted, and Mr. Posimato's appearance is withdrawn as of the date of this Order.

Dated: JAN 0 3 2022

                                                              *George B. Daniels*
                                                      Honorable George B. Daniels
                                                      United States District Judge